UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONNIE FAMOUS
    Plaintiff,

v.          Case No. 20-CV-243

MICHAEL JULSON, et al.
    Defendants.

MOTION FOR AN ORDER TO PAY SETTLEMENT AGREEMENT PAYMENT

    Plaintiff Ronnie Famous moves this court for an order, ordering Asst. Attorney General Michael A. Emer to send Plaintiffs Attorney Anthony Kryshak his $3,000.00 dollar settlement payment check because:

    1. On September 8, 2023 and October 20, 2023 Plaintiff and his Attorney Anthony Kryshak signed plaintiffs settlement release agreement settling the above case for $3,000.00 dollars.

    2. The agreement stated that Plaintiff would receive a check for the $3,000.00 dollars within 30 days of the agreement being fully signed, which was fully signed

on October 20, 2023.

3. It has been 55 days since the agreement was fully signed and Asst. Atty. General Michael Emer still has not sent Plaintiffs Attorney plaintiffs check.

Therefore, Plaintiff ask that this court order Asst. Atty. General Emer to send Plaintiffs $3,000.00 dollar check to: Kryshak Law office, LLC., 6300 76th Street, Suite 200, Kenosha, WI 53142.

Dated: December 14, 2023

Prepared By:
Fredrick Rivera
FREDRICK RIVERA
# 565815 / CCI
P.O. Box 900
Portage, WI 53901

Submitted By:
Ronnie Famous
RONNIE FAMOUS
# 068021 / CCI
P.O. Box 900
Portage, WI 53901

cc: File
    Asst. Atty. General
    Michael Emer
    Atty. Anthony Kryshak