IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RONNIE FAMOUS,

    Plaintiff,

v.                                          Case No. 20C0243

MICHAEL JULSON, et al.,

    Defendants.

## STIPULATION FOR DISMISSAL

The Parties hereby stipulate that the above captioned case may be dismissed, with prejudice, and without costs to any party.

Dated: March 5, 2024.

        Respectfully submitted,

        JOSHUA L. KAUL
        Attorney General of Wisconsin

        <u>s/Kevin Grzebielski</u>
        Kevin Grzebielski
        Assistant Attorney General
        State Bar #1098414

        Attorneys for Defendants

Dated: March 5, 2024.

        Kryshak Law Office, LLC.

        <u>s/Anthony Kryshak</u>

        Anthony Kryshak
        State Bar #1063950

        Attorney for Plaintiff

2
Case 2:20-cv-00243-JPS   Filed 03/06/24   Page 2 of 2   Document 51